IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MISTY L. PROCHASKA,<br><br>          Plaintiff,<br><br>     v.<br><br>KAPLAN HIGHER EDUCATION CORPORATION d/b/a KAPLAN UNIVERSITY,<br><br>          Defendant. | 4:12-CV-3104<br><br>ORDER |

     This matter is before the Court on the parties' joint stipulation for dismissal (filing 57). The parties have stipulated that each will bear its own costs, that the case will be dismissed with prejudice, and that the complete record will be waived. Accordingly,

     IT IS ORDERED:

     1.    The parties' joint stipulation for dismissal (filing 57) is accepted;

     2.    The case is dismissed, with prejudice, each party to bear its own costs, and the complete record waived; and

     3.    A separate judgment will be issued.

     DATED this 25th day of June, 2013.

                                                  BY THE COURT:

                                                  John M. Gerrard
                                                  United States District Judge